Alexus L. GRAHAM, Appellant, v. UNITED STATES of America, Appellee.

No. 1471.

Circuit Court of Appeals, Tenth Circuit.

April 6, 1937.

Lawrence E. Goldman, of Kansas City, Mo. (Frank R. Daley, of Kansas City, Mo., on the brief), for appellant.

R. T. McCluggage, of El Dorado, Kan. (Summerfield S. Alexander, of Topeka, Kan., Julius C. Martin, Wilbur C. Pickett, and Fendall Marbury, all of Washington, D. C., on the brief), for appellee.

Before PHILLIPS and BRATTON, Circuit Judges, and JOHNSON, District Judge.

JOHNSON, District Judge.

The material facts in this case are in all respects similar to the facts in Eugene H. Craig v. United States of America (C. C.A.) 89 F.(2d) 586, this day decided.

On the authority of that case and in conformity with the opinion therein, the order of the trial court dismissing the action is affirmed.